FORM B104 (08/07)                                                                2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS<br>LIBERTY MUTUAL INSURANCE COMPANY | DEFENDANTS<br>MODTECH HOLDINGS, INC., et al |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Thomas T. Pennington (admitted pro hac vice)<br>Manier & Herod, a Tennessee professional corporation<br>150 Fourth Avenue North \| Suite 2200 \| Nashville, TN 37220<br>(615) 244-0030 | ATTORNEYS (If Known)<br>SEE ATTACHED |
| PARTY (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor      ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor        ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor      ☑ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Complaint for INTERPLEADER of penal sum of AZ Contractor's LIcense Bond No. 024022294

| NATURE OF SUIT |
|---|
| (Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.) |

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☑ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

FORM B104 (08/07), page 2                                              2007 USBC, Central District of California

## BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES

| NAME OF DEBTOR<br>MODTECH HOLDINGS, INC. | BANKRUPTCY CASE NO.<br>6:08-24324-TD |
|---|---|

| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL | DIVISIONAL OFFICE<br>RIVERSIDE | NAME OF JUDGE |
|---|---|---|

### RELATED ADVERSARY PROCEEDING (IF ANY)

| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
|---|---|---|

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE<br>3/23/2009 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>THOMAS T. PENNINGTON |
|---|---|

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

## EXHIBIT TO ADVERSARY PROCEEDING COVER SHEET

IN RE:  MODTECH HOLDINGS, INC.
CASE NO.: 6:08-24324-TD

ADVERSARY PROCEEDING:

**LIBERTY MUTUAL INSURANCE COMPANY, INC.,** a Massachusetts corporation,

    Plaintiff

       v.

**MODTECH HOLDINGS, INC.**, Debtor-in-Possession; **WHITE MOUNTAIN APACHE TRIBE.**, a Sovereign Entity doing business in Arizona; **ELECTRIC SUPPLY COMPANY**, an Arizona corporation

    Defendants.

| PARTY: | AGENT OF SERVICE: | COUNSEL: |
|---|---|---|
| MODTECH HOLDINGS, INC.<br>2830 Barrett Ave<br>Perris, CA 92571 | PARACORP, INC.<br>2804 Gateway Oaks Dr.<br>Suite 200<br>Sacremento, CA 95833 | **COUNSEL:**<br>Marc Winthrop<br>WINTHROP COUCHOT, P.C.<br>660 Newport Center Dr, 4th Flr<br>Newport Beach, CA 92660 |
| WHITE MOUNTAIN APACHE TRIBE | | COUNSEL:<br>George Hesse<br>HIGGINS, HITCHCOCK &<br>HESSE, PLLC<br>1630 E. White Mountain Blvd,<br>Suite B<br>Pinetop, AZ 85935 |
| ELECTRIC SUPPLY COMPANY<br>917 W MADISON ST<br>PHOENIX, AZ 85007 | WILLIAM J MORLAN<br>917 W Madison St<br>Phoenix, AZ 85007 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Lawrence Peitzman (State Bar No. 62379)<br>Peitzman, Weg & Kempinsky LLP<br>10100 Santa Monica Blvd., Suite 1450<br>Los Angeles, CA 90067<br>Telephone: (310) 552-3100<br>Facsimile:  (310) 552-3101<br><br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    MODTECH HOLDINGS, INC., a Delaware corporation<br><br>Debtor. | CHAPTER  11 <br><br>CASE NUMBER  6:08-24324 TD<br><br>ADVERSARY NUMBER |
|---|---|
| Liberty Mutual Insurance Company, Inc., a Massachusetts corporation,                                         Plaintiff(s),<br><br>vs.<br><br>Modtech Holdings, Inc., Debtor-in-Possession; See Attachment "A"                                         Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you.  If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint.  You must also send a copy of your written response to the party shown in the upper left-hand corner of this page.  Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date:                Time:                Courtroom:                Floor: |
|---|
| ☐  **255 East Temple Street, Los Angeles**             ☐  **411 West Fourth Street, Santa Ana**<br><br>☐  **21041 Burbank Boulevard, Woodland Hills**             ☐  **1415 State Street, Santa Barbara**<br><br>☐  **3420 Twelfth Street, Riverside** |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference.  Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval.  The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**


By: _____
                    *Deputy Clerk*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009 (COA-SA)*                                                                 **F 7004-1**

Summons and Notice of Status Conference - *Page 2*                          **F 7004-1**

| In re                                         (SHORT TITLE) | CASE NO.: 6:08-24324 TD |
|---|---|
| MODTECH HOLDINGS, INC., a Delaware corporation            Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as _____ will be served or was served **(a)** on the judge _____ in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____        _____        _____
*Date*                                     *Type Name*                              *Signature*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Summons and Notice of Status Conference  - *Page 3*

**F 7004-1**

| In re                          (SHORT TITLE) | CASE NO.: 6:08-24324 TD |
|---|---|
| MODTECH HOLDINGS, INC., a Delaware corporation | Debtor(s). |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 7004-1**

*January 2009* (COA-SA)

# SUMMONS AND NOTICE OF STATUS CONFERENCE

## Case Number: 6:08-24324-TD

## ATTACHMENT "A"

White Mountain Apache Tribe, a Sovereign Entity doing business in Arizona; Electric Supply Company, an Arizona corporation

1  Lawrence Peitzman (State Bar No. 62379)
   PEITZMAN, WEG & KEMPINSKY LLP
2  10100 Santa Monica Boulevard, Suite 1450
   Los Angeles, CA  90067
3  Telephone: (310) 552-3100
   Facsimile: (310) 552-3101
4
   J. Michael Franks (admitted pro hac vice)
5  Thomas T. Pennington (admitted pro hac vice)
   Scott C. Williams (admitted pro hac vice)
6  Manier & Herod, a Tennessee professional corporation
   150 Fourth Avenue North, Suite 2200
7  Nashville, TN  37220
   Telephone: (615) 244-0030
8  Facsimile:  (615) 242-4203
9
   Attorneys for Creditor
10 Liberty Mutual Insurance Company

11              UNITED STATES BANKRUPTCY COURT
                CENTRAL DISTRICT OF CALIFORNIA
12                   RIVERSIDE DIVISION

13 In re:                              Case No. 6:08-24324-TD

14 MODTECH HOLDINGS, INC.,             Chapter 11
15 a Delaware Corporation,
                                       ADVERSARY
16      Debtor and Debtor-in-Possession.  PROCEEDING NO. _____

17                                     COMPLAINT TO INTERPLEAD
   LIBERTY MUTUAL INSURANCE           PENAL SUM OF MODTECH
18 COMPANY, INC., a Massachusetts corporation,  HOLDINGS, INC.'S CONTRACTOR'S
                                       LICENSE BOND - ARIZONA
19      Plaintiff

20             v.

21 MODTECH HOLDINGS, INC., Debtor-in-
   Possession; WHITE MOUNTAIN APACHE
22 TRIBE., a Sovereign Entity doing business in
   Arizona; ELECTRIC SUPPLY COMPANY, an
23 Arizona corporation

24      Defendants.

25

26

27

28

Plaintiff **LIBERTY MUTUAL INSURANCE COMPANY** ("Plaintiff" or "Liberty")
hereby complains and alleges as follows:

### JURISDICTION AND VENUE

1.      This is an adversary proceeding in bankruptcy brought by Plaintiff Liberty.

2.      Jurisdiction is vested in this proceeding pursuant to 11 U.S.C. §§ 157 and 1334.
This matter is a core proceeding.

3.      Venue in the Central District of California is proper pursuant to 28 U.S.C. § 1409
by virtue of the Chapter 11 case now pending before this Court.

4.      This Complaint is brought pursuant to Federal Rules of Bankruptcy Procedure,
Rules 7001 and 7022.

### GENERAL ALLEGATIONS

5.      Plaintiff Liberty is, and at all times mentioned herein was, a corporation duly
organized and existing under the law of the State of Massachusetts, with its principle place of
business located in Boston, Massachusetts.  Liberty is an admitted surety in the State of
California, among other jurisdictions, and in the course of its business issues contract and
commercial surety bonds and lines of insurance.

6.      Defendant MODTECH HOLDINGS, INC. ("Modtech") is a corporation duly
organized and existing under the laws of the State of California, and is the Debtor-in-Possession
in the above-referenced case.

7.      Liberty is informed, believes and thereon alleges that Defendant WHITE
MOUNTAIN APACHE TRIBE ("White Mountain") is a sovereign entity located and doing
business in the State of Arizona.

8.      Liberty is informed, believes and thereon alleges that Defendant ELECTRIC
SUPPLY COMPANY ("Electric") is a corporation duly organized and existing under the laws of
the State of Arizona.

9.      Liberty is informed, believes and thereon alleges that there are additional parties
who, as claimants or potentials claimants, may be necessary defendants in this case, but Liberty
is presently unaware of the names and identities of those parties.

**INTERPLEADER – AZ License Bond**

10.     Modtech was at all times relevant herein a modular buildings manufacturer and licensed contractor in the State of Arizona.

11.     Liberty is informed, believes and thereon alleges that Defendants White Mountain and Electric (collectively, "Claimants"), and each of them, have performed work for, on behalf of or at the request of Modtech.

### FIRST CAUSE OF ACTION
### (Interplead Penal Amount of License Bond No. 024022294)

12.     Liberty incorporates by reference Paragraphs 1 through 11 as though fully set forth herein.

13.     Liberty, as surety, issued numerous contract and commercial bonds on behalf of Modtech, including, among others, License Bond, Bond No. 024022294("License Bond"), on file with the State of Arizona Registrar of Contractors.  A true and correct copy of the License Bond is attached hereto as **EXHIBIT A.**

14.     The penal sum of the License Bond is $10,000, in accordance with Arizona law.

15.     On October 20, 2008, Modtech filed its petition for Chapter 11 Bankruptcy protection.

16.     Modtech has allegedly defaulted on numerous payment and other obligations to its subcontractors and suppliers, including, but not limited to, the Claimants.

17.     Liberty has received claims against the License Bond, and the aggregate sum of the claims received exceeds the penal sum of the License Bond.  Specifically, as of the filing of this complaint, Liberty has received the following claims against the License Bond:

   a) White Mountain seeks payment of a claim against the License Bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00).  A true and correct copy of the White Mountain claim received by Liberty is attached hereto as **EXHIBIT B.**

   b) Electric seeks payment of a claim against the License Bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00).  A true and correct copy of the Electric claim received by Liberty is attached hereto as **EXHIBIT C.**

**INTERPLEADER – AZ License Bond**

18.    All of the above-referenced claims against the License Bond are adverse and conflicting, and Liberty denies liability as to each and every one of them. The claims are made without Liberty's collusion, and Liberty has no interest in any part of any claim heretofore tendered, save and except that if the total amount of all adjudicated claims is less than the penal sum of the License Bond, then Liberty is liable for only such aggregate sum, and no more.

19.    Depositing the Judgment Proceeds into the Court is appropriate under Rule 67 of the Federal Rules of Civil Procedure (incorporated by Rule 7067 of the Federal Rules of Bankruptcy Procedure), which states in relevant part:

> **Rule 67. Deposit into Court**
>
> **(a) Depositing Property.**
>
> If any part of the relief sought is a money judgment or the disposition of a sum of money or some other deliverable thing, a party — on notice to every other party and by leave of court — may deposit with the court all or part of the money or thing, whether or not that party claims any of it. The depositing party must deliver to the clerk a copy of the order permitting deposit.

20.    Additionally, pursuant to 28 U.S.C. § 1335, depositing the funds with the Court (an action in the nature of interpleader) is appropriate where a party has possession of property of a value greater than $500 (in this case the License Bond penal sum), to which two or more diverse parties are claiming or may claim entitlement to such property. Such claims to the property at issue need not have a common origin or be identical, but must only be adverse to and independent of one another. See 28 U.S.C. § 1335(b).

21.    Unless Claimants, and each of them, are restrained from prosecuting their individual actions or claims against Liberty and/or the License Bond, Liberty will suffer irreparable injury, in that it may be subjected to protracted, multiple, and expensive litigation, excessive costs of suit, attorneys' fees, and other expenses.

**INTERPLEADER – AZ License Bond**

1   22. Liberty has no other adequate remedy at law and therefore seeks an order of this

2 Court, pursuant to FRBP 7067 and LBR 7067.1, to deposit the penal sum of the Bond into this

3 Court's Registry, to be disbursed pursuant to further Court Order.

4   23. Liberty has incurred, and continues to incur, attorneys' fees and costs as a result

5 of these proceedings, and is entitled as a matter of law to an allowance of its attorneys' fees and

6 costs from the License Bond proceeds.

7   **WHEREFORE**, Plaintiff Liberty prays for judgment against Defendants, and each of

8 them, as follows:

   a) Defendants, and each of them, be ordered to interplead and litigate their
    respective rights and claims against Liberty and/or the License Bond;

   b) That Liberty be ordered by this Court to deposit the penal sum of the License
    Bond into this Court's Registry, in accordance with the terms and conditions of
    LBR 7067.1;

   c) That the License Bond be exonerated and Liberty be discharged from any and all
    liability on account of any and all claims and demands asserted against Liberty
    and/or the License Bond once Liberty delivers to the Court, or the entity
    designated by the Court, the penal sum of the License Bond;

   d) That Defendants, and each of them, be restrained from instituting or prosecuting
    any other action against Liberty and/or the License Bond;

   e) That Liberty be awarded its reasonable attorneys' fees and costs incurred in
    connection with this action, according to proof; and

   f) For all such other relief the Court finds necessary and just.

**INTERPLEADER – AZ License Bond**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

**PEITZMAN, WEG & KEMPINSKY LLP**

by:      /s/Lawrence Peitzman

Lawrence Peitzman (Bar No. 62379)

10100 Santa Monica Blvd., Suite 1450

Los Angeles, CA 90067

(310) 552-3100

(310) 552-3101 (facsimile)

and


**MANIER & HEROD, P.C.**

by:

Thomas Pennington (admitted *pro hac vice*)

150 Fourth Avenue North, Suite 2200

Nashville, TN 37219

(615) 244-0030

(615) 242-4203 (facsimile)


Attorneys for Liberty Mutual Insurance Company

INTERPLEADER -- AZ License Bond

# EXHIBIT A

**LICENSE BOND**

**THIS BOND MUST BE ON FILE WITH THE ARIZONA REGISTRAR OF CONTRACTORS**

**STATE OF ARIZONA**
**REGISTRAR OF CONTRACTORS**

**BOND NO:** 024022294

That MODTECH HOLDINGS, INC.

as the principal, and LIBERTY MUTUAL INSURANCE COMPANY
(Surety)
a corporation, duly authorized and licensed to transact surety business in the State of Arizona, are held and firmly bound unto the State of Arizona for the benefit of those persons described in A.R.S. §32-1152, as amended, in the penal sum set forth for the classification of license described:

| LICENSE CLASSIFICATION | PENAL SUM | |
|---|---|---|
| KB-01 Dual Building Contractor | Commerical: | $5,000.00 |
| | Residential: | $5,000.00 |

The Principal has applied to the Registrar of Contractors of the State of Arizona for a license to conduct the business of contracting under the above-described classifications and submits this bond to comply with the provisions of A.R.S. §32-1152, as amended, which are incorporated herein as though fully set forth.

Liability under this bond is limited to the penal sum for each classification of work performed by the principal. Liability under each classification shall be determined strictly in accordance with the provisions of A.R.S. §32-1152, as amended, which are incorporated herein as though fully set forth.

Upon making payment to a claimant against the bond, the Surety shall immediately give written notice to the Principal and the Registrar of Contractors of the date and amount of payment.

The amount of this bond is based on the representation of the Principal of the anticipated annual gross volume of work pursuant to Rule R4-9-112.

This bond becomes effective on _____ February _____ day of _____ 10th _____, _____ 2005 _____.

SIGNED, SEALED AND DATED _____ June _____ day of _____ 9th _____, _____ 2005 _____.

LIBERTY MUTUAL INSURANCE COMPANY

By: _____
**Signature of Contractor (Principal)**      Signature Attorney-In-Fact (Must be Notarized)

By: Edward C. Spector
**Title of Signer**      Print or Type Name of Attorney-In-Fact

Subscribed and sworn to before me this _____ 9th _____

MODTECH HOLDINGS, INC.
**Print or Type Name of Contractor (Principal)**      day of _____ June _____, _____ 2005 _____.

Notary Public M.R. Mayberry

**THE ORIGINAL BOND MUST BE SIGNED BY THE PRINCIPAL, ATTORNEY-IN-FACT AND THE NOTARY PUBLIC AND BE FILED WITH THE REGISTRAR OF CONTRACTORS AT 800 W WASHINGTON 6TH FLOOR PHOENIX, AZ 85007 TO COMPLY WITH A.R.S. § 32-1152**

My Commission Expires: December 10, 2006

State of: California

County of: Los Angeles

RC-1-220b (5-02)


EXHIBIT
A

Liberty Mutual Surety Bond Number 024022294

## NOTICE FROM SURETY REQUIRED BY
## TERRORISM RISK INSURANCE ACT OF 2002

In accordance with the Terrorism Risk Insurance Act of 2002 (referred to hereinafter as the "Act"), this disclosure notice is provided for surety bonds on which one or more of the following companies is the issuing surety: Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; LM Insurance Corporation; The First Liberty Insurance Corporation; Liberty Insurance Corporation; Employers Insurance Company of Wausau (formerly "EMPLOYERS INSURANCE OF WAUSAU A Mutual Company"); Peerless Insurance Company; and any other company that is a part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Mutual Surety (referred to collectively hereinafter as the "Issuing Sureties").

### NOTICE FORMS PART OF BOND

This notice forms part of surety bonds issued by any one or more of the Issuing Sureties.

### DISCLOSURE OF PREMIUM

The premium attributable to any bond coverage for "acts of terrorism" as defined in Section 102(1) of the Act is Zero Dollars ($0.00).

### DISCLOSURE OF FEDERAL PARTICIPATION
### IN PAYMENT OF TERRORISM LOSSES

The United States will reimburse the Issuing Sureties for ninety percent (90%) of any covered losses from terrorist acts certified under the Act exceeding the applicable surety deductible.

LMIC-6539                                    11/15/04

# EXHIBIT B

LMIG                        1/30/2009 6:43 PM    PAGE    3/003    Liberty Mutual Group

, 01/30/2009   15:11   9283671   7                HIGGINS LAW F. ,                    PAGE  02/02

# Higgins, Hitchcock & Hesse, PLLC

*Attorneys at Law*

Pinetop Financial Center
1630 E. White Mountain Blvd, Suite B
Pinetop, AZ 85935
Telephone: (928) 367-2448
Facsimile: (928) 367-1977

*Robert J. Higgins, Attorney*
*George R. Hesse, Attorney*
*Robert S. Hitchcock, Attorney*

January 30, 2009

*Via Facsimile Only (800-969-3062)*

Liberty Mutual Surety
Interchange Corporate Center
450 Plymouth Road, Suite 400
Plymouth Meeting, PA 19462

RE:  **Your Insured:**    **Modtech Holdings Inc.**
     **Bond No.:**        **024022294**
     **Date of Loss:**    **June, 2008**
     **Our Client:**      **White Mountain Apache Tribe**

Dear Sir/Madam,

Our office represents the White Mountain Apache Tribe. Your insured, Modtech, was contracted by our client to complete and install a modular building for the Tribe's fire department, but has not completed the work for which it was contracted. Due to damages to the structure from prolonged exposure to the elements, the Tribe will receive partial recovery from Modtech's liability coverage provided through Landmark Insurance. However, even with this expected payment, the Tribe will have a shortfall, due to the deductible, in the amount of $10,000 under Modtech's liability coverage. On that basis, on behalf of the Tribe, we make a claim in the amount of $10,000 on the above referenced bond.

Please contact this office for any additional information.

Sincerely,

George Hesse
Higgins, Hitchcock & Hesse, PLLC



EXHIBIT
**B**

# EXHIBIT C

# CORPORATE COLLECTIONS INT'L INC.
## P.O. BOX 2882
## SCOTTSDALE, AZ  85252
## (480)345-2500
## (480)345-9931 FAX

RECEIVED

NOV 21 2008

LIBERTY MUTUAL SURETY

November 12th , 2008

LIBERTY MUTUAL INSURANCE COMPANY
175 BEREKLEY ST
BOSTON , MA  02117

**RE:** MODTECH HOLDINGS INC  $ 19,508.97

DEAR CLAIMS REP:

ATTACHED ARE COPIES OF PAST-DUE INVOICES SUPPORTING THE CLAIM
OUR CLIENT, **ELECTRIC SUPPLY CO** VS  MODTECH HOLDINGS , INC.

MANY ATTEMPTS HAVE BEEN MADE TO SECURE PAYMENT OF THIS
SEVERELY PAST DUE ACCOUNT . HOWEVER, AS OF TODAY'S DATE,
MODTECH HOLDINGS  INC. HAS **IGNORED REQUESTS  FOR  PAYMENT
TO MY CLIENT.**

WE ARE REQUESTING PAYMENT OF THIS ACCOUNT COME DIRECTLY FROM
THE BOND HELD BY YOUR COMPANY:

|  |  |
|---|---|
| **BOND** | **024022294** |
| **AMOUNT** | **$ 10,000.00** |
| **DATE** | **08/05/2005** |

YOUR PROMPT RESPONSE IN THIS MATTER WOULD BE GREATLY
APPRECIATED.

SINCERELY,

SHARON ENGLISH

EXHIBIT
C

```
Cust#:5300          Name:MOTTECH HOLDINGS            Phone:602-233-1903
ST   :              Addr:53. . W. MADISON ST         Ext  :
Pc   :01 '          Addr:PHOENIX, AZ 85043           Fax  :269-8679
PASS ALONG          Addr:                            Slsm: DM
Terms:P   Instructions:
Sales Cont:                            Credit Cont:
                                       Last-sale....    07/14/08
Future.........        0.00     0 %    Last-pmt.....    07/22/08      Mtd-Pmt
Current........        0.00     0 %    Last-pmt-$...     5129.96          0.00
30-60..........        0.00     0 %                                GP$    GI
60-90..........        0.00     0 %    Ytd-sales....   14668.12   2936.06   2(
90-120.........        0.00     0 %    Mtd-sales....       0.00      0.00    (
Over-120.......   19,508.97   100 %    Lytd-sales...   12129.99   2489.59   2(
                                       Lycm-sales...    6180.62   1012.11   1(
Total..........   19,508.97           Ly-tot-sls...   38173.59
Orders.........        0.00
Deposits.......        0.00           CR-cd........ AE
Start-date.....     08/30/07          CR-limit.....       35,000
High-credit....   35,740.00           CR-balance...    15,491.03
Wght-days-ave..       97.30           CR-rating....
Tax exempt#....        2017812-H      P/O-req?..... YES
ENTER: [N]otes, [D]etail, AR-[L]edger, [A]nother Inquiry (<CR>=A)
       [O]pen Balance, [?] Inquiry, or [END]:
```

10/31/2008 11:22:56 AM  Invue - Default

```
Cust#:5300            Name:MO  ECH HOLDINGS            Phone:602-233-1903
ST   :                Cont:                            Slsm:DM
Pc   :01
----------------INVOICE---------------- ----------------ORDER--------------
 Inv#.. Cust-Po#.. Date.... Balance.... Ord#... Cust-Po#.. Req'd... Balance....

 718555 AZPO200060 10/30/07       -0.03
 723165 AZPO200070 12/21/07     5568.40
 723877 AZPO200072 01/07/08       66.67
 723988 AZPO200072 01/08/08      174.39
 724200 AZPO200073 01/10/08     1096.38
 724667 AZPO200074 01/16/08      966.88
 724903 AZPO200074 01/16/08     3148.90
 724795 AZPO200074 01/17/08       45.68
 724904 AZPO200074 01/18/08      455.60
 725117 AZPO200073 01/18/08      164.72
 725118 AZPO200075 01/21/08     1139.00
 725320 AZPO200075 01/22/08       76.13
 725429 AZPO200075 01/23/08     1043.40
 725822 AZPO200076 01/29/08      358.43
 725823 AZPO200077 01/29/08      136.60
```

Invoices are [d]isputed, [s]ervice charge, [b]oth            * denotes deposit

10/31/2008 11:23:28 AM  Invue - Default

```
Cust#:5300          Name:MOR  ECH HOLDINGS            Phone:602-233-1903
ST   :              Cont:                            Slsm:DM
Pc   :01
------------------INVOICE----------------- -------------------ORDER--------------
 Inv#.. Cust-Po#.. Date.... Balance.... Ord#... Cust-Po#.. Req'd... Balance....

 726152 AZPO200077 01/30/08        93.50
 726153 AZPO200077 01/31/08        30.45
 726811 AZPO200077 02/01/08       725.00
 726392 AZPO200077 02/04/08       350.00
 726711 AZPO200078 02/07/08       866.38
 726810 AZPO200076 02/08/08       537.65
 726812 AZPO200077 02/08/08       332.97
 726813 AZPO200077 02/08/08       227.80
 727220 AZPO200078 02/13/08      1850.96
 727463 AZPO200077 02/15/08        22.50
 727595 AZPO200079 02/15/08        30.61
```

Invoices are [d]isputed, [s]ervice charge, [b]oth          * denotes deposit

10/31/2008 11:23:45 AM  Invue - Default

## PROOF OF CLAIM AFFIDAVIT – COMMERCIAL BONDS

State of ~ARIZONA~

County of ~MARICOPA~

**SS**

Claim No. ___024022294.1___

The undersigned, being duly sworn, deposes and says:  I hold the position shown below, and in such position I am familiar with the circumstances giving rise to the claim and I am duly authorized to make this Affidavit.  The facts set out below are true, and are furnished to the Surety in support of the claimant's claim.  It is understood and agreed that the furnishing of this form or the acceptance and/or retention thereof by the Surety does not constitute a waiver of any of the terms and conditions of the Surety's bond, or any of the defenses the Surety may have, nor shall such be construed as an admission of liability by the Surety.

| ALL ITEMS BELOW MUST BE COMPLETED; IF NONE, OR NOT APPLICABLE, SO STATE. | |
|---|---|
| Name and address of claimant<br>CORPORATE COLLECTIONS INTL<br>PO BOX 2882<br>SCOTTSDALE AZ 85252 | Name of Surety listed in bond<br>☐ Liberty Mutual Insurance Company<br>☐ Other (identify): |
| Affiant's position with claimant<br>COLLECTOR | Name and address of Principal listed in bond<br>MODTECH HOLDINGS<br>5301 W. MADISON ST<br>PHX AZ 85043 |
| Legal status of claimant<br>☑ Corporation<br>☐ Other Business Entity (describe):<br>     Provide Tax ID #:<br>☐ Individual<br>     Provide SS #: | If the Principal listed in the bond is NOT the party against which your claim is asserted, provide the name and address of the party against which your claim is asserted<br><br>RECEIVED<br>DEC 1 1 2008<br>LMS CLAIMS |
| Description of contract (if any) pursuant to which your claim arises.  Attach copy of contract to this form.<br>ENCLOSED | |
| Description of the circumstances forming the basis of your claim.  Include the dates on which your loss was incurred.<br>INVOICES ALREADY PROVIDED | |
| If your claim does not arise pursuant to a contract, state the basis of your claim.  Include the dates on which your loss was incurred. | |

| Computation of claim | | NOTICE GIVEN<br>Attach copies of all notices given to this form. | | |
|---|---|---|---|---|
| | | TO | DATE | HOW<br>(e.g. regular or certified mail, etc.) |
| Agreed price | $ 19,508.97 | | | |
| Paid on account or credits | $ | Surety | 11/12/08 | |
| Net claim | $ 19,508.97 | Principal | 07/14/08 | |

A copy of the contract (if applicable) and documentary evidences of amounts claimed to be due are attached to and made a part of this Affidavit.  A copy of each written notice alleged to have been given is attached to and made a part of this Affidavit.

_Sharon English_
(Signature of person making Affidavit)

SIGNED AND SWORN TO before me on __Dec 8th__, 20_08_, said subscriber being known to me and known by me to be the person described in the above Affidavit.

(Notary Stamp)

**"OFFICIAL SEAL"**
Sharon Lee Gehrman
Notary Public-Arizona
Maricopa County
My Commission Expires 5/2/2009

_Sharon Lee Gehrman_
Notary Public                    (Notary Seal)

Proof of Claim - Commercial

Rx Date/Time   DEC-08-2008(MON) 10:48   602 257 9653   P. 001
12/07/2008 22:55   602-257-9   1   ELECTRIC SUPPLY I   PAGE 01/01

*ATTN Sharon*

**ELECTRIC SUPPLY, INC.**   917 W. Madison, Phoenix, AZ 85007   (602) 252-2343   Fax (602) 257-9653
**APPLICATION FOR CREDIT**   2775 E. Ganley, Tucson, AZ 85706   (520) 573-3955   Fax (520) 573-0987

Applicant Business Name: _MODTECH HOLDINGS_

Street Address: _3301 W. Madison_

City, State & Zip: _Phx   Az   85043_

Mailing Address (if different): _Same_

Telephone: _602-253-1903_   Fax Number: _602-218-8679_

Type of Business: _MFG._   Federal ID: _____   Contractor License # _____

Year Established: _20_   Years at Present Location: _20_   DUNS # _____

Type: Corporation ___ LLC ___ Partnership ___ Proprietorship ___ Proprietor Soc.Sec.# _____

Has Applicant filed any form of Bankruptcy in last 7 years Yes ___ No ___   Type of Bankruptcy _____

| Principals Name | Position | Home Address | Home Telephone | Soc. Sec. # |
|---|---|---|---|---|
| | | | | |
| | | | | |

Monthly Credit Requirements $ _____   Purchase Order Required? _____

Taxable? Yes _____ No _____ Exemption # _____ : (Attach Exemption Certificate)

Bank Reference (include branch, account number & phone number):

1) _____

2) _____

Trade References (include address, phone & fax number):

1) _____

2) _____

3) _____

By signing this credit application, Applicant agrees to pay all invoices within 30 days of billing date and to pay a service charge of 1 1/2% per month (18% per annum) on all overdue balances. In the event a Collection Agency, Attorney or suit is necessary to collect any amount, the Applicant agrees to pay Electric Supply Inc.'s (hereafter called ESI) reasonable Collection Agency and Attorney fees and costs including Attorney fees for appeal.
The Applicant authorizes the use of a facsimile of this document as verification of release of information by references to ESI. The undersigned further declares that I am duly authorized to sign this Credit Application on behalf of the Business.
If Applicant is a Sole Proprietor, the individual signature hereafter authorizes ESI to investigate their individual consumer credit report.

| _Don A. Strade_ | | _Agent II_ | _8-24-07_ |
|---|---|---|---|
| APPLICANT'S NAME | SIGNATURE | TITLE | DATE |

Sales Representative _D McQueen_

## LICENSE BOND

### THIS BOND MUST BE ON FILE WITH THE ARIZONA REGISTRAR OF CONTRACTORS

STATE OF ARIZONA
REGISTRAR OF CONTRACTORS

BOND NO: 024022294

That MODTECH HOLDINGS, INC.

as the principal, and LIBERTY MUTUAL INSURANCE COMPANY
(Surety)
a corporation, duly authorized and licensed to transact surety business in the State of Arizona, are held and firmly bound unto the State of Arizona for the benefit of those persons described in A.R.S. §32-1152, as amended, in the penal sum set forth for the classification of license described:

| LICENSE CLASSIFICATION | PENAL SUM | |
|---|---|---|
| KB-01 Dual Building Contractor | Commerical: | $5,000.00 |
| | Residential: | $5,000.00 |

The Principal has applied to the Registrar of Contractors of the State of Arizona for a license to conduct the business of contracting under the above-described classifications and submits this bond to comply with the provisions of A.R.S. §32-1152, as amended, which are incorporated herein as though fully set forth.

Liability under this bond is limited to the penal sum for each classification of work performed by the principal. Liability under each classification shall be determined strictly in accordance with the provisions of A.R.S. §32-1152, as amended, which are incorporated herein as though fully set forth.

Upon making payment to a claimant against the bond, the Surety shall immediately give written notice to the Principal and the Registrar of Contractors of the date and amount of payment.

The amount of this bond is based on the representation of the Principal of the anticipated annual gross volume of work pursuant to Rule R4-9-112.

This bond becomes effective on _____ February _____ day of _____ 10th _____ , _____ 2005 _____ .

SIGNED, SEALED AND DATED _____ June _____ day of _____ 9th _____ , _____ 2005 _____ .

LIBERTY MUTUAL INSURANCE COMPANY

By: _____

_____
Signature of Contractor (Principal)

Signature Attorney-In-Fact (Must be Notarized)

_____
Title of Signer

By: Edward C. Spector
Print or Type Name of Attorney-In-Fact

Subscribed and sworn to before me this _____ 9th _____

MODTECH HOLDINGS, INC.
Print or Type Name of Contractor (Principal)

day of _____ June _____ , _____ 2005 _____ .

Notary Public M.R. Mayberry

**THE ORIGINAL BOND MUST BE SIGNED BY THE PRINCIPAL, ATTORNEY-IN-FACT AND THE NOTARY PUBLIC AND BE FILED WITH THE REGISTRAR OF CONTRACTORS AT 800 W WASHINGTON 6TH FLOOR PHOENIX , AZ 85007 TO COMPLY WITH A.R.S. § 32-1152**

My Commission Expires: December 10, 2006

State of: California

County of: Los Angeles

RC-1-220D (5-03)

Liberty Mutual Surety Bond Number 024022294

## NOTICE FROM SURETY REQUIRED BY
## TERRORISM RISK INSURANCE ACT OF 2002

In accordance with the Terrorism Risk Insurance Act of 2002 (referred to hereinafter as the "Act"), this disclosure notice is provided for surety bonds on which one or more of the following companies is the issuing surety: Liberty Mutual Insurance Company; Liberty Mutual Fire Insurance Company; LM Insurance Corporation; The First Liberty Insurance Corporation; Liberty Insurance Corporation; Employers Insurance Company of Wausau (formerly "EMPLOYERS INSURANCE OF WAUSAU A Mutual Company"); Peerless Insurance Company; and any other company that is a part of or added to the Liberty Mutual Group for which surety business is underwritten by Liberty Mutual Surety (referred to collectively hereinafter as the "Issuing Sureties").

### NOTICE FORMS PART OF BOND

This notice forms part of surety bonds issued by any one or more of the Issuing Sureties.

### DISCLOSURE OF PREMIUM

The premium attributable to any bond coverage for "acts of terrorism" as defined in Section 102(1) of the Act is Zero Dollars ($0.00).

### DISCLOSURE OF FEDERAL PARTICIPATION
### IN PAYMENT OF TERRORISM LOSSES

The United States will reimburse the Issuing Sureties for ninety percent (90%) of any covered losses from terrorist acts certified under the Act exceeding the applicable surety deductible.

LMIC-6539                          11/15/04