```
 1  Lawrence Peitzman (State Bar No. 62379)
    Jennifer W. Leland (State Bar No. 185951)
 2  PEITZMAN, WEG & KEMPINSKY LLP
    10100 Santa Monica Boulevard, Suite 1450
 3  Los Angeles, CA 90067
    Telephone: (310) 552-3100
 4  Facsimile: (310) 552-3101

 5  J. Michael Franks (admitted pro hac vice)
    Thomas T. Pennington (admitted pro hac vice)
 6  Scott C. Williams (admitted pro hac vice)
    Manier & Herod, a Tennessee professional corporation
 7  150 Fourth Avenue North, Suite 2200
    Nashville, TN 37220
 8  Telephone: (615) 244-0030
 9  Facsimile:  (615) 242-4203

10  Attorneys for Creditor
    Liberty Mutual Insurance Company, Inc.
11
```

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MODTECH HOLDINGS, INC.,<br>a Delaware Corporation,<br><br>Debtor and Debtor-in-Possession.<br>_____<br><br>LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation,<br><br>Plaintiff<br><br>v.<br><br>MODTECH HOLDINGS, INC., Debtor-in-Possession; WHITE MOUNTAIN APACHE TRIBE., a Sovereign Entity doing business in Arizona; ELECTRIC SUPPLY COMPANY, an Arizona corporation<br><br>Defendants. | Case No. 6:08-24324-TD<br><br>Chapter 11<br><br><br><br><br>Adversary No. 6:09-01143-TD<br><br>**STATUS REPORT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULES 7026-1 AND 7016-1**<br><br>Status Conference<br>Date:  August 6, 2009<br>Time:  2:30 p.m.<br><br>Place:  <u>Live Hearing</u><br>       Courtroom 1345<br>       255 E. Temple Street<br>       Los Angeles, CA 90012<br><br>       <u>Video Conference</u><br>       Courtroom 303<br>       3420 Twelfth Street<br>       Riverside, California |

-1-

1.     **MEETING OF COUNSEL.** None of the Defendants to the above-captioned adversary proceeding have entered an appearance or filed an answer as of the deadline for the parties to have a conference of counsel pursuant to Federal Rule of Bankruptcy Procedure 26(f), made applicable herein pursuant to Federal Rule of Bankruptcy Procedure 7026, despite efforts by counsel for plaintiff Liberty Mutual Insurance Company, Inc. ("Plaintiff") having made efforts to contact the Defendants in the case.[1]

2.     **PRE-DISCOVERY DISCLOSURES.** Plaintiff will provide the information required by Fed. R. Civ. P. 26(a)(1), made applicable herein by Rule 7026, by August 20, 2009.

3.     **STATE OF DISCOVERY AND DISCOVERY PLAN.** Plaintiff has not yet conducted any formal discovery and anticipates that little or no discovery will be necessary, given the nature of these particular proceedings. Plaintiff proposes the following discovery plan:

    A.     **Subjects on which discovery needed:**

        Plaintiff anticipates needing little, if any discovery in this matter.

    B.     **Disclosure or discovery of electronically stored information:**

        Plaintiff anticipates that no "electronically stored information" as defined in Fed. R. Civ. P. 26(b) and made applicable herein by Rule 7026 will be exchanged between the parties.

    C.     **Claims of Privilege/Work-Product:**

        Plaintiff proposes to handle claims of privilege and/or work-product pursuant to Fed. R. Civ. P. 26(b), made applicable herein by Rule 7026.

    D.     **Discovery**

        (i)     All discovery will be commenced in time to be completed by November 9, 2009.

---

[1] Counsel for defendant White Mountain Apache Tribe has advised counsel for Plaintiff that it will endeavor to file an answer to the Complaint.

    (ii) The manner and form of all discovery will be governed by the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules.

    (iii) Plaintiff anticipates that no depositions will be needed for any parties to the action.

  E. **Reports from retained experts under Rule 26(a)(2), made applicable herein by Rule 7026, due 90 days before trial.**

  No experts are likely to be retained in this matter.

  F. **Supplementations under Rule 26(e), made applicable herein by Rule 7026, due by the close of discovery.**

 4. **CONTEMPLATED LAW AND MOTION MATTERS.** Plaintiff will file a motion for summary judgment or motion for summary adjudication of issues. Such potentially dispositive motions should be filed ninety (90) days before trial.

 5. **SETTLEMENT.** Settlement is possible, depending upon whether the Defendants appear and respond to the Complaint.

 6. **ALTERNATIVE DISPUTE RESOLUTION.** Plaintiff has yet to determine whether ADR is appropriate under the circumstances of this case.

 7. **OTHER ITEMS.**

  A. Plaintiff does not anticipate this matter going to trial.

  B. Joinder of claims and of additional parties will be governed by Federal Rule of Bankruptcy Procedure 18 and Federal Rule of Bankruptcy Procedure 19, respectively. Amendments to the pleadings will be governed by Federal Rule of Bankruptcy Procedure 15.

C. Final lists of witnesses and exhibits under Rule 26(a)(3), made applicable herein by Rule 7026, should be due 30 days before trial.

D. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3), made applicable herein by Rule 7026.

E. The case should be ready for trial by **MARCH 8, 2010,** and at this time is expected to take approximately 1 day. Plaintiff request a pretrial conference take place on March 1, 2010.

Date: July 22, 2009.

        Respectfully submitted,

        **PEITZMAN, WEG & KEMPINSKY LLP**

by:    */s/ Lawrence Peitzman*
       Lawrence Peitzman (Bar No. 62379)
       10100 Santa Monica Blvd., Suite 1450
       Los Angeles, CA 90067
       (310) 552-3100
       (310) 552-3101 (facsimile)

and

**MANIER & HEROD, P.C.**

by:    _____
       Thomas Pennington (admitted *pro hac vice*)
       Scott C. Williams (admitted *pro hac vice)*
       150 Fourth Avenue North, Suite 2200
       Nashville, TN 37219
       (615) 244-0030
       (615) 242-4203 (facsimile)

Attorneys for Liberty Mutual Insurance Company

Case 6:09-ap-01143-TD   Doc 15   Filed 07/22/09   Entered 07/22/09 14:18:05   Desc
Main Document      Page 5 of 8

C. Final lists of witnesses and exhibits under Rule 26(a)(3), made applicable herein by Rule 7026, should be due 30 days before trial.

D. Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3), made applicable herein by Rule 7026.

E. The case should be ready for trial by **MARCH 8, 2010**, and at this time is expected to take approximately 1 day. The Parties request a pretrial conference take place on March 1, 2010.

Date: July 22, 2009.

                      Respectfully submitted,

                      **PEITZMAN, WEG & KEMPINSKY LLP**

by: _____
     Lawrence Peitzman (Bar No. 62379)
     10100 Santa Monica Blvd., Suite 1450
     Los Angeles, CA 90067
     (310) 552-3100
     (310) 552-3101 (facsimile)

and

**MANIER & HEROD, P.C.**

by: _____
     Thomas Pennington (admitted *pro hac vice*)
     Scott C. Williams (admitted *pro hac vice*)
     150 Fourth Avenue North, Suite 2200
     Nashville, TN 37219
     (615) 244-0030
     (615) 242-4203 (facsimile)

Attorneys for Liberty Mutual Insurance Company

| In re: MODTECH HOLDINGS, INC., a Delaware corporation,<br><br>Debtor(s). | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Liberty Mutual Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing documents described as: **STATUS REPORT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND LOCAL BANKRUPTCY RULES 7026-1 AND 7016-1**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 22, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jennifer Leland    jleland@pwkllp.com
- Charles Liu    cliu@winthropcouchot.com
- Lawrence Peitzman    lpeitzman@pwkllp.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Scott Williams    swilliams@manierherod.com,
  mfranks@manierherod.com;tpennington@manierherod.com
- Marc J Winthrop    pj@winthropcouchot.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **July 22, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**
Honorable Thomas Donovan
Edward R. Roybal Federal Bldng.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Via First Class Mail**
**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01109-TD |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 22, 2009** | **JoDee Carroll** | **/s/JoDee Carroll** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**

SERVICE LIST

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01143 TD

Marc J. Winthrop
Charles Liu
Winthrop Couchot
660 Newport Center Dr, 4th Flr
Newport Beach, CA 92660
*Attorneys for debtor Modtech Holdings, Inc.*

**Modtech Holdings, Inc.**
2830 Barrett Ave.
Perris, CA 92571
Tax ID / EIN: 33-0825386

George Hesse
Higgins, Hitchcock & Hesse
1630 E. White Mountain Blvd.
Pinetop, AZ 85935
*Attorneys for White Mountain Apache Tribe*

Electric Supply Company
917 W. Madison St. Suite B
Phoenix, AZ 85007