1  Lawrence Peitzman (State Bar No. 62379)
   Jennifer W. Leland (State Bar No. 185951)
2  PEITZMAN, WEG & KEMPINSKY LLP
   10100 Santa Monica Boulevard, Suite 1450
3  Los Angeles, CA  90067
   Telephone: (310) 552-3100
4  Facsimile: (310) 552-3101
   lpeitzman@pwkllp.com
5  jleland@pwkllp.com

6  J. Michael Franks (*admitted pro hac vice*)
   Scott C. Williams (*admitted pro hac vice*)
7  Manier & Herod, a Tennessee professional corporation
   150 Fourth Avenue North, Suite 2200
8  Nashville, TN  37220
   Telephone: (615) 244-0030
9  Facsimile:  (615) 242-4203
   mfranks@manierherod.com
10 swilliams@manierherod.com

11
   Attorneys for Plaintiff
12 Liberty Mutual Insurance Company

13              **UNITED STATES BANKRUPTCY COURT**
14                **CENTRAL DISTRICT OF CALIFORNIA**
                      **RIVERSIDE DIVISION**
15
   In re                                    Case No. 6:08-24324-TD
16
   MODTECH HOLDINGS, INC., a Delaware       Chapter 11
17 Corporation,

18            Debtor and Debtor-in-Possession

19

20                                          Adversary No. 09-01143-TD
   LIBERTY MUTUAL INSURANCE
21 COMPANY, INC., a Massachusetts           **AMENDED PROOF OF SERVICE OF**
   corporation,                             **NOTICE OF CONTINUANCE OF STATUS**
22                                          **CONFERENCE**
                Plaintiff
23                                          Date:  August 20, 2009
   v.                                       Time:  9:00 a.m.
24
   MODTECH HOLDINGS, INC., Debtor-in-       Place: Live Hearing
25 Possession; WHITE MOUNTAIN APACHE               Courtroom 1345
   TRIBE, a Sovereign Entity doing business in     255 E. Temple Street
26 Arizona; ELECTRIC SUPPLY COMPANY, an            Los Angeles, CA
   Arizona corporation,
27                                                 Video Conference
              Defendants.                          Courtroom 303
28                                                 3420 Twelfth Street
                                                   Riverside, CA

-1-

| In re:  MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual  Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA  90067.**

The foregoing documents described as: **AMENDED PROOF OF SERVICE OF NOTICE OF CONTINUANCE OF STATUS CONFERENCE**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 12, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Jennifer Leland     jleland@pwkllp.com
- Charles Liu     cliu@winthropcouchot.com
- Lawrence Peitzman     lpeitzman@pwkllp.com
- United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov
- Scott Williams     swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com
- Marc J Winthrop     pj@winthropcouchot.com

☐  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 12, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**
Honorable Thomas Donovan
Edward R. Roybal Federal Bldg.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Via First Class Mail**
**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

☒  Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Delaware corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual  Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **August 12, 2009** | **JoDee Carroll** | **/s/JoDee Carroll** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| | |
|---|---|
| In re:  MODTECH HOLDINGS, INC., a Delaware corporation,<br><br>                                                                    **Debtor(s)**.<br><br>**Liberty Mutual  Insurance Company, Inc. v.**<br>**Modtech Holdings, Inc., etc., et al.** | **CASE NUMBER: 6:08-24324-TD**<br><br><br>**ADVERSARY NO. 09-01143-TD** |

## <u>SERVICE MAILING LIST</u>

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01143 TD


Marc J. Winthrop
Charles Liu
Winthrop Couchot
660 Newport Center Dr, 4th Flr
Newport Beach, CA 92660
*Attorneys for debtor Modtech Holdings, Inc.*

**Modtech Holdings, Inc.**
2830 Barrett Ave.
Perris, CA 92571
Tax ID / EIN: 33-0825386

George Hesse
Higgins, Hitchcock & Hesse
1630 E. White Mountain Blvd.
Pinetop, AZ 85935
*Attorneys for White Mountain Apache Tribe*

Electric Supply Company
917 W. Madison St. Suite B
Phoenix, AZ 85007

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**