Lawrence Peitzman (State Bar No. 62379)
Jennifer W. Leland (State Bar No. 185951)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101
lpeitzman@pwkllp.com
jleland@pwkllp.com

J. Michael Franks *(admitted pro hac vice)*
Scott C. Williams *(admitted pro hac vice)*
Manier & Herod, a Tennessee professional corporation
150 Fourth Avenue North, Suite 2200
Nashville, TN  37220
Telephone: (615) 244-0030
Facsimile:  (615) 242-4203
mfranks@manierherod.com
swilliams@manierherod.com

Attorneys for Liberty Mutual Insurance Company, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re: <br><br> MODTECH HOLDINGS, INC., <br> a Delaware Corporation, <br><br> Debtor and Debtor-in-Possession. | Case No. 6:08-24324-TD <br><br> Chapter 11 |
| LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation, <br><br> Plaintiff <br><br> v. <br><br> MODTECH HOLDINGS, INC., Debtor-in-Possession; WHITE MOUNTAIN APACHE TRIBE., a Sovereign Entity doing business in Arizona; ELECTRIC SUPPLY COMPANY, an Arizona corporation <br><br> Defendants. | Adversary No.  09-01143-TD <br><br> **LIBERTY MUTUAL INSURANCE COMPANY'S SUPPLEMENTAL STATUS REPORT** <br><br> Status Conference <br> Date:  November 12, 2009 <br> Time:  10:00 a.m. <br> Place: <u>Live Hearing</u> <br>       Courtroom 1345 <br>       255 E. Temple Street <br>       Los Angeles, CA <br><br>       <u>Video Conference</u> <br>       Courtroom 303 <br>       3420 Twelfth Street <br>       Riverside, CA |

-1-

1  Liberty Mutual Insurance Company, Inc. ("Liberty"), the plaintiff in the above-captioned adversary proceeding, hereby files this Supplemental Report in anticipation of the November 12, 2009 Status Conference for the purpose of apprising the Court of the developments in this matter which have occurred since the September 3, 2009 Status Conference.

2  1.  None of the above-captioned defendants ("Defendants") has submitted a responsive pleading.

3  2.  Liberty has had direct contact with both of the non-debtor Defendants in this matter, including contact with counsel for the White Mountain Apache Tribe. Counsel for Liberty has repeatedly informed the non-debtor Defendants of the procedural steps required for resolution of this matter and has repeatedly asked the non-debtor Defendants to submit a responsive pleading. All Defendants have been served with all notices of hearings in this matter.

4  3.  Liberty has not filed the Motion to Deposit Funds prior to the November 12, 2009 Status Conference because it has been attempting to bring the non-debtor Defendants into the process in order to present the Court with a global resolution of the claims.

5  4.  Liberty is now prepared to immediately file its Motion to Deposit Funds into the Court Registry, seeking leave to deposit the full penal sum of the relevant License Bond with the Court and seeking judgment that the License Bond is terminated and Liberty is released from any further liability under the License Bond. Alternatively, if the Court so directs, Liberty will move for default judgment against all Defendants, seeking judgment that any claims allegedly held by the Defendants under the License Bond are foreclosed.

Dated: November 4, 2009　　　　　　　Respectfully submitted,

**PEITZMAN, WEG & KEMPINSKY LLP**

by:　/s/ Jennifer W. Leland
　　　Jennifer W. Leland

and

|   |   |   |
|---|---|---|
| 1 |   | **MANIER & HEROD, P.C.** |
| 2 | by: | /s/ Scott C. Williams |
| 3 |   | Scott C. Williams (admitted *pro hac vice*) |

Attorneys for Liberty Mutual Insurance Company

| In re: MODTECH HOLDINGS, INC., a Massachusetts corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing documents described as: **LIBERTY MUTUAL INSURANCE COMPANY'S SUPPLEMENTAL STATUS REPORT**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 4, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jennifer Leland    jleland@pwkllp.com
Lawrence Peitzman    lpeitzman@pwkllp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Scott Williams    swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com

☐    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **October 4, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

**Via First Class Mail**
Honorable Thomas Donovan
Edward R. Roybal Federal Bldng.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

**Via First Class Mail**
**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

☒    Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: MODTECH HOLDINGS, INC., a Massachusetts corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 4, 2009** | **Marjorie O. Boell** | **/s/ Marjorie O. Boell** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| | |
|---|---|
| In re: MODTECH HOLDINGS, INC., a Massachusetts corporation,<br><br>                                              Debtor(s). | CASE NUMBER: 6:08-24324-TD |
| Liberty Mutual Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

## SERVICE LIST

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01143 TD

**Via First Class Mail**

George Heese, Esq.
Higgins, Hitchcock & Hesse
1630 E. White Mountain Blvd.
Pinetop, AZ  85935
*Attorneys for White Mountain Apache Tribe*

Electric Supply Company
917 W. Madison St., Suite B
Phoenix, AZ  85007

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                          F 9013-3.1