Lawrence Peitzman (State Bar No. 62379)
Jennifer W. Leland (State Bar No. 185951)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Telephone: (310) 552-3100
Facsimile: (310) 552-3101

J. Michael Franks (*admitted pro hac vice*)
Scott C. Williams (*admitted pro hac vice*)
Manier & Herod, a Tennessee professional corporation
150 Fourth Avenue North, Suite 2200
Nashville, TN 37220
Telephone: (615) 244-0030
Facsimile: (615) 242-4203

Attorneys for Creditor
Liberty Mutual Insurance Company

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>MODTECH HOLDINGS, INC.,<br>a Delaware Corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 6:08-24324-TD<br><br>Chapter 11 |
| LIBERTY MUTUAL INSURANCE COMPANY, INC., a Massachusetts corporation,<br><br>Plaintiff<br><br>v.<br><br>MODTECH HOLDINGS, INC., Debtor-in-Possession; WHITE MOUNTAIN APACHE TRIBE., a Sovereign Entity doing business in Arizona; ELECTRIC SUPPLY COMPANY, an Arizona corporation,<br><br>Defendants. | Adversary No. 6:09-ap-1143<br><br>**DECLARATION OF DOUGLAS WILLS IN SUPPORT OF LIBERTY'S MOTION TO DEPOSIT FUNDS AND OBTAIN DISCHARGE OF BOND**<br><br>Date:  January 28, 2010<br>Time:  10:00 a.m.<br><br>Place:  <u>Live Hearing</u><br>Courtroom 1345<br>255 E. Temple Street<br>Los Angeles, CA 90012<br><br><u>Video Conference</u><br>Courtroom 303<br>3420 Twelfth Street<br>Riverside, California |

I, Douglas Wills, declare as follows:

1. I am Senior Surety Counsel for Liberty Mutual Insurance Company ("Liberty"), the Interpleader Plaintiff in the above-captioned adversary proceeding. I have direct personal knowledge of the matters stated herein and, if called as a witness, I could and would competently testify thereto.

2. Liberty has incurred costs, expenses and attorneys' fees in connection with the prosecution of this Interpleader action. The total costs, fees and expenses incurred in connection with this matter through October 31, 2009, are in an amount not less than $4,500.00.

3. Such fees represent work reasonably necessary and are reasonable in amount in light of the relief sought and the work performed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of November 2009 at Plymouth Meeting, Pennsylvania.

Douglas Wills
Senior Surety Counsel
Liberty Mutual Insurance Company

| In re: MODTECH HOLDINGS, INC., a Massachusetts corporation,<br><br>Debtor(s). | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Liberty Mutual Insurance Company, Inc. v.<br>Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.**

The foregoing documents described as: **DECLARATION OF DOUGLAS WILLS IN SUPPORT OF LIBERTY'S MOTION TO DEPOSIT FUNDS AND OBTAIN DISCHARGE OF BOND**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 8, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jennifer Leland    jleland@pwkllp.com
Lawrence Peitzman    lpeitzman@pwkllp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Scott Williams    swilliams@manierherod.com, mfranks@manierherod.com;tpennington@manierherod.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **December 8, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**Via First Class Mail**
Honorable Thomas Donovan
Edward R. Roybal Federal Bldng.
255 East Temple Street
Courtroom 1345
Los Angeles, CA 90012

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Massachusetts corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Marjorie O. Boell | /s/ Marjorie O. Boell |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: MODTECH HOLDINGS, INC., a Massachusetts corporation, | CASE NUMBER: 6:08-24324-TD |
|---|---|
| Debtor(s). | |
| Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., etc., et al. | ADVERSARY NO. 09-01143-TD |

## SERVICE LIST

*Liberty Mutual Insurance Company, Inc. v. Modtech Holdings, Inc., et al.*
Adv. Case No. 09-01143 TD

**Via First Class Mail**

George Heese, Esq.
Higgins, Hitchcock & Hesse
1630 E. White Mountain Blvd.
Pinetop, AZ  85935

J. Sheldon Capeloto, Esq.
Law Offices of J. Sheldon Capeloto
155 South El Molino Ave., Suite 202
Pasadena, CA  91101

*Attorneys for White Mountain Apache Tribe*

Electric Supply Company
917 W. Madison St., Suite B
Phoenix, AZ  85007

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1